604

Opinion filed July 2, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Estelle M. Wells, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Chicago Laundry Owners Association et al., appellees, v. American Wet Wash Laundry, Inc., et al., appellants. Gen. No. 37,568.

Matchett, J., dissenting. Opinion filed July 6, 1934.

Elmer W. Arch, for appellants; Elmer W. Arch and Charles H. Borden, of counsel. Jacobson, Merrick, Nierman & Silbert, for appellees; Lewis F. Jacobson, Sidney C. Nierman, David Silbert and Arthur Altschul, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Ralph H. Jackson, trading as Ralph H. Jackson and Company, defendant in error, v. G. Clyde Ferson, plaintiff in error. Gen. No. 37,031.

Opinion filed July 6, 1934. Rehearing denied October 2, 1934.

Bippus, Rose & Burt, for plaintiff in error; Robert C. Pierce, of counsel. Edelson & Paullin, for defendant in error; Hyland J. Paullin and J. Henry Aronson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frederick A. Wilson, defendant in error, v. Henry B. Kilgour, plaintiff in error. Gen. No. 37,297.

Opinion filed July 6, 1934.

Cheney, Evans & Peterson, for plaintiff in error; Albert Peterson, of counsel. Harry H. Felgar, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

1934 Streets of Paris, Inc., appellee, v. Charles H. Weber et al., appellants. Paris, Inc. et al., appellees. Gen. No. 37,608.